

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

**Case No.:** CAL19-19278

**Other Reference No.(s):** ...................................
**Child Support Enforcement Number:** ...................................

**Date issued:** September 17, 2019

To: Jay Chang Kim
836 Largo Center Drive
Upper Marlboro, MD 20774

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

NATHANIEL F DAVIS II
4880 CRANSTON COURT
WALDORF MD 20602

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1.   This summons is effective for service only if served within 60 days after the date issued.
2.   Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3.   Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4.   If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)          Page **1** of **24**          CAL19-19278

## SHERIFF'S RETURN

Circuit Court for <u>Prince George's County</u>

To:.................................................

Sheriff fee:................................ By:...........................................................................

Served:.................................................................................................................

Time:...................... Date:......................................................................................

Unserved (Reason):.................................................................................................

With the following:

      □ Summons                         □ Counter Complaint
      □ Complaint                        □ Domestic Case Information Report
      □ Motions                          □ Financial Statement
      □ Petition and Show Cause Order    □ Other: _____
                                             **(please specify)**

Was unable to serve because:

      □ Moved; left no forwarding address   □ No such address
      □ Address not in Jurisdiction          □ Other: _____
                                             **(please specify)**

Sheriff Fee: $_____

                                         **(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

**Case No.:** CAL19-19278

Other Reference No.(s):   ..................................
Child Support Enforcement Number:   ...................................

**Date issued:** September 17, 2019

To: Han M Kim
836 Largo Center Drive
Upper Marlboro, MD 20774

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

NATHANIEL F DAVIS II
4880 CRANSTON COURT
WALDORF MD 20602

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)          Page **1** of **24**          CAL19-19278

SCANNED

## SHERIFF'S RETURN

Circuit Court for <u>Prince George's County</u>

To:.............................................................

Sheriff fee:.................................... By:.............................................................................................

Served:.............................................................................................................................................

Time:........................ Date:.........................................................................................................

Unserved (Reason):.........................................................................................................................

With the following:

        Summons                             Counter Complaint
        Complaint                           Domestic Case Information Report
        Motions                              Financial Statement
        Petition and Show Cause Order      Other: _____

                                                         **(please specify)**

Was unable to serve because:

        Moved; left no forwarding address     No such address
        Address not in Jurisdiction             Other: _____

                                                            **(please specify)**

Sheriff Fee: $_____

                                    _____
                                          **(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

**Case No.:** CAL19-19278

**Other Reference No.(s):** ...................................
**Child Support Enforcement Number:** ...................................

**Date issued:** September 17, 2019

To: J and H Beverage Inc d/b/a Largo Liquors
836 Largo Center Drive
Upper Marlboro, MD 20774

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

NATHANIEL F DAVIS II
4880 CRANSTON COURT
WALDORF MD 20602

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN

Circuit Court for <u>Prince George's County</u>

To: ...........................................................

Sheriff fee: ................................... By: .......................................................................................

Served: ..........................................................................................................................................

Time: ........................... Date: ......................................................................................................

Unserved (Reason): ...................................................................................................................

With the following:

            Summons                            Counter Complaint
            Complaint                       Domestic Case Information Report
            Motions                          Financial Statement
            Petition and Show Cause Order      Other: _____
                                                     **(please specify)**

Was unable to serve because:

            Moved; left no forwarding address     No such address
            Address not in Jurisdiction           Other: _____ _____
                                                     **(please specify)**

Sheriff Fee: $_____

                                       _____
                                    **(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1.   This Summons is effective for service only if served within 60 days after the date issued.
2.   Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3.   Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4.   If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).





Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL19-19278

Other Reference No.(s): .................................

Child Support Enforcement Number: ...................................

Date issued: September 17, 2019

To: Wallace Kent Roos Jr
836 Largo Center Drive
Upper Marlboro, MD 20774

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

NATHANIEL F DAVIS II
4880 CRANSTON COURT
WALDORF MD 20602

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN

Circuit Court for Prince George's County

To:..............................................

Sheriff fee:...........................By:...........................................................................................

Served:.............................................................................................................................

Time:...................Date:..........................................................................................

Unserved (Reason):..........................................................................................................

With the following:

Summons                                    Counter Complaint
Complaint                                  Domestic Case Information Report
Motions                                    Financial Statement
Petition and Show Cause Order              Other: _____
                                                   **(please specify)**

Was unable to serve because:

Moved; left no forwarding address          No such address
Address not in Jurisdiction                Other: _____
                                                   **(please specify)**

Sheriff Fee: $_____                   _____
                                           **(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1.  This Summons is effective for service only if served within 60 days after the date issued.
2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3.  Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4.  If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md.  20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

**Case No.:**  CAL19-19278

**Other Reference No.(s):**  ....................................
**Child Support Enforcement Number:**  ...................................

**Date issued:** September 17, 2019

To:  Seung Bong Han
836 Largo Center Drive
Upper Marlboro, MD 20774

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, with in 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

NATHANIEL F DAVIS II
4880 CRANSTON COURT
WALDORF MD 20602

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected.  Anything that you would wear to an office that presents a professional appearance is appropriate.  Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# SHERIFF'S RETURN

Circuit Court for Prince George's County

To:...................................................

Sheriff fee:................................By:...........................................................................

Served:.......................................................................................................................

Time:..................Date:............................................................................................

Unserved (Reason):....................................................................................................

With the following:

- Summons
- Complaint
- Motions
- Petition and Show Cause Order

- Counter Complaint
- Domestic Case Information Report
- Financial Statement
- Other: _____
  **(please specify)**

Was unable to serve because:

- Moved; left no forwarding address
- Address not in Jurisdiction

- No such address
- Other: _____
  **(please specify)**

Sheriff Fee: $_____

_____
**(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL19-19278

Other Reference No.(s): ....................................

Child Support Enforcement Number: ....................................

Date issued: September 18, 2019

To: Venancio Gomez Garcia
836 Largo Center Drive
Upper Marlboro, MD 20774

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

NATHANIEL F DAVIS II
4880 CRANSTON COURT
WALDORF MD 20602

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1.   This summons is effective for service only if served within 60 days after the date issued.

2.   Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3.   Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4.   If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)                    Page 1 of 24                    CAL19-19278

# SHERIFF'S RETURN

Circuit Court for Prince George's County

To:..............................................

Sheriff fee:................................By:.........................................................................

Served:...........................................................................................................................

Time:......................Date:................................................................................................

Unserved (Reason):..........................................................................................................

With the following:

        Summons                             Counter Complaint

        Complaint                           Domestic Case Information Report

        Motions                              Financial Statement

        Petition and Show Cause Order      Other: _____

                                               **(please specify)**

Was unable to serve because:

        Moved; left no forwarding address    No such address

        Address not in Jurisdiction         Other: _____

                                                 **(please specify)**

Sheriff Fee: $_____

                               _____
                               **(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

**Case No.:** CAL19-19278

**Other Reference No.(s):** ...................................
**Child Support Enforcement Number:** ....................................

**Date issued:** September 18, 2019

To: Adam C Kim
c/o J and H Beverage Inc
836 Largo Center Drive
Upper Marlboro, MD 20774

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

NATHANIEL F DAVIS II
4880 CRANSTON COURT
WALDORF MD 20602

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN

Circuit Court for <u>Prince George's County</u>

To:...................................................

Sheriff fee:.................................... By:...........................................................................................

Served:...............................................................................................................................................

Time:...................... Date:.............................................................................................................

Unserved (Reason):...........................................................................................................................

With the following:

|  |  |
|---|---|
| Summons | Counter Complaint |
| Complaint | Domestic Case Information Report |
| Motions | Financial Statement |
| Petition and Show Cause Order | Other: _____ _____ |
|  | **(please specify)** |

Was unable to serve because:

|  |  |
|---|---|
| Moved; left no forwarding address | No such address |
| Address not in Jurisdiction | Other: _____ |
|  | **(please specify)** |

Sheriff Fee: $_____

_____

**(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL19-19278

Other Reference No.(s): ...................................

Child Support Enforcement Number: ...................................

Date issued: September 18, 2019

To: Unidentified Employees of
J and H Beverage Inc d/b/a
Largo Liquors
836 Largo Center Drive
Upper Marlboro, MD 20774

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

NATHANIEL F DAVIS II
4880 CRANSTON COURT
WALDORF MD 20602

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tu¹ e tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)          Page 1 of 24          CAL19-19278

SCANNED

# **SHERIFF'S RETURN**

Circuit Court for Prince George's County

To:...............................................

Sheriff fee:............................. By:......................................................................

Served:.....................................................................................................................

Time:..........................Date:............................................................................

Unserved (Reason):..............................................................................................

With the following:

| | |
|---|---|
| Summons | Counter Complaint |
| Complaint | Domestic Case Information Report |
| Motions | Financial Statement |
| Petition and Show Cause Order | Other: _____ |
| | **(please specify)** |

Was unable to serve because:

| | |
|---|---|
| Moved; left no forwarding address | No such address |
| Address not in Jurisdiction | Other: _____ |
| | **(please specify)** |

Sheriff Fee: $_____

_____
**(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

**Case No.:** CAL19-19278

**Other Reference No.(s):** ....................................
**Child Support Enforcement Number:** ....................................

**Date issued:** September 18, 2019

To: Prince Georges County
Police Lietenant PF Jamon
Badge No. 3943
7600 Barlowe Road
Landover, MD 20785

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

NATHANIEL F DAVIS II
4880 CRANSTON COURT
WALDORF MD 20602

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separa' affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN

Circuit Court for Prince George's County

To:...................................................

Sheriff fee:................................. By:...........................................................................

Served:...............................................................................................................................

Time:.......................... Date:.........................................................................................

Unserved (Reason):............................................................................................................

With the following:

      Summons                            Counter Complaint
      Complaint                         Domestic Case Information Report
      Motions                             Financial Statement
      Petition and Show Cause Order       Other: _____

                                                    **(please specify)**

Was unable to serve because:

        Moved; left no forwarding address      No such address
        Address not in Jurisdiction            Other: _____

                                                    **(please specify)**

Sheriff Fee: $_____

                                      **(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).





Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL19-19278

Other Reference No.(s): ...................................

Child Support Enforcement Number: ...................................

Date issued: September 18, 2019

To: Prince George's County Police Department
7600 Barlowe Road
Landover, MD 20785

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

NATHANIEL F DAVIS II
4880 CRANSTON COURT
WALDORF MD 20602

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

SCANNED

# SHERIFF'S RETURN

Circuit Court for Prince George's County

To: ................................................

Sheriff fee: .......................... By: ...............................................................

Served: ..............................................................................................................

Time: ..................... Date: ................................................................................

Unserved (Reason): ............................................................................................

With the following:

- Summons
- Complaint
- Motions
- Petition and Show Cause Order

- Counter Complaint
- Domestic Case Information Report
- Financial Statement
- Other: _____ _____
  **(please specify)**

Was unable to serve because:

- Moved; left no forwarding address
- Address not in Jurisdiction

- No such address
- Other: _____
  **(please specify)**

Sheriff Fee: $_____

_____
**(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).





Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL19-19278

Other Reference No.(s): ....................................

Child Support Enforcement Number: ....................................

Date issued: September 18, 2019

To: Henry P Stawinski, III
7600 Barlowe Road
Landover, MD 20785

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

NATHANIEL F DAVIS II
4880 CRANSTON COURT
WALDORF MD 20602

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)          Page 1 of 24          CAL19-19278

## SHERIFF'S RETURN

Circuit Court for <u>Prince George's County</u>

To:..................................................

Sheriff fee:...................................... By:...............................................................

Served:............................................................................................................................

Time:........................... Date:....................................................................................

Unserved (Reason):........................................................................................................

With the following:

      ☐ Summons                             ☐ Counter Complaint
      ☐ Complaint                           ☐ Domestic Case Information Report
      ☐ Motions                               ☐ Financial Statement
      ☐ Petition and Show Cause Order     ☐ Other: _____

                                                   **(please specify)**

Was unable to serve because:

          Moved; left no forwarding address     No such address
          Address not in Jurisdiction           Other: _____

                                                       **(please specify)**

Sheriff Fee: $_____                _____

                                     **(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1.   This Summons is effective for service only if served within 60 days after the date issued.
2.   Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3.   Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4.   If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md.  20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.:  CAL19-19278

Other Reference No.(s):  ....................................
Child Support Enforcement Number:  ....................................

Date issued:  September 18, 2019

To:  Unkown Police Officers Nos. 1, 2 and 3,
7600 Barlowe Road
Landover, MD 20785

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

NATHANIEL F DAVIS II
4880 CRANSTON COURT
WALDORF MD 20602

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected.  Anything that you would wear to an office that presents a professional appearance is appropriate.  Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1.  This summons is effective for service only if served within 60 days after the date issued.

2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3.  Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4.  If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# SHERIFF'S RETURN

Circuit Court for <u>Prince George's County</u>

To: ......................................................

Sheriff fee: ........................................ By: ...................................................................................

Served: ...................................................................................................................................

Time: ......................... Date: .................................................................................................

Unserved (Reason): ...............................................................................................................

With the following:

       Summons                          Counter Complaint
       Complaint                        Domestic Case Information Report
       Motions                         Financial Statement
       Petition and Show Cause Order     Other: _____

                                                **(please specify)**

Was unable to serve because:

       Moved; left no forwarding address     No such address
       Address not in Jurisdiction          Other: _____

                                                  **(please specify)**

Sheriff Fee: $ _____

                                   _____
                                    **(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1.   This Summons is effective for service only if served within 60 days after the date issued.
2.   Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3.   Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4.   If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).