# EXHIBIT 7



# PRINCE GEORGE'S COUNTY GOVERNMENT
## BOARD OF LICENSE COMMISSIONERS

Rushern L. Baker, III
County Executive

**RENEWAL PROTEST**

**NOTICE OF PUBLIC HEARING**

NOTICE IS HEREBY GIVEN: Pursuant to the provisions of Section 4-406 of the Alcoholic Beverage Article a Protest against the 2018 – 2019 Renewal of the Class A, Beer, Wine and Liquor License for t/a Largo Liquors has been filed. A Protest Public Hearing will be held for the following licensed establishment.

t/a Largo Liquors
Class A, Beer, Wine and Liquor License
J & H Beverage Inc.
836 Largo Center Drive
Largo, Maryland 20774
Jay C. Kim, President/Secretary/Treasurer
Han M. Kim, Vice President

The Protest Hearing has been scheduled for:

April 11, 2018
7:00 p.m.
9200 Basil Court
Room 420
Largo, Maryland 20774

Testimony either for or against the licensed premises will be accepted at the hearing. Additional information can be obtained by contacting the Board's Office at 301-583-9980.

BOARD OF LICENSE COMMISSIONERS
(LIQUOR CONTROL BOARD)

Attest:
Kelly Markomanolakis
March 8, 2018

9200 Basil Court, Room 420, Largo, Maryland 20774
(301) 583-9980

Astrid Walker- registered
10906 White House Road
Upper Marlboro, MD 20774

Michael Foster – not registered
9251 Lottsford Road
Apt. 1H
Upper Marlboro, MD 20774

Mildred Goree - registered
9601 Lake Pointe Court
#101
Largo, MD 20774

Charles Goree – registered
9601 Lake Pointe Court
#101
Largo, MD 20774

Michael A. West - not registered
9251 Lottsford Road
Upper Marlboro, MD 20774

Phillip Lee - registered
9721 Summit Circle
Apt. 1C
Upper Marlboro, MD 20774

Darlene Ball-Rice - registered
9721 Summit Circle
Apt. 1C
Upper Marlboro, MD 20774

Cheryl White - registered
9251 Lottsford Road
#1B
Largo, MD 20774

Arsenio Crawford - not registered
9251 Lottsford Road
2F
Largo, MD 20774

Barrington Miles - registered
10234 Prince Place
Largo, MD 20774

Shamika Robinson - registered
11452 Dunloring Place
Upper Marlboro, MD 20774

# OPPOSITION

## SIGN IN SHEET

t/a Largo Liquors    4/11/2015

Please print

| | |
|---|---|
| NAME | Tamika Paige |
| ADDRESS | 3083 Sunset Lane |
| CITY, STATE, ZIP | Suitland, MD 20746 |

| | |
|---|---|
| NAME | Taniah Duvall |
| ADDRESS | 3083 Sunset Lane |
| CITY, STATE, ZIP | Suitland Md 20746 |

| | |
|---|---|
| NAME | William Paige |
| ADDRESS | 3083 Sunset Lane |
| CITY, STATE, ZIP | Suitland md 20746 |

| | |
|---|---|
| NAME | Ruth E. Wright |
| ADDRESS | 1800 Southwood Ct |
| CITY, STATE, ZIP | Bowie, MD 20721 |

| | |
|---|---|
| NAME | Hakima Muhammad |
| ADDRESS | |
| CITY, STATE, ZIP | |

| | |
|---|---|
| NAME | Stanley Long |
| ADDRESS | 1216 Golf Course Dr |
| CITY, STATE, ZIP | Bowie, MD 20721 |

# OPPOSITION

## SIGN-IN SHEET

t/a _Largo Liquors_

Please print

| NAME | Jody Wilson |
|---|---|
| ADDRESS | 14609 Brock Hall DR |
| CITY, STATE, ZIP | Upper Marlboro MD 20772 |

| NAME | Janna Parker |
|---|---|
| ADDRESS | 5809 Fisher Road |
| CITY, STATE, ZIP | Temple Hills MD 20748 |

| NAME | |
|---|---|
| ADDRESS | |
| CITY, STATE, ZIP | |

| NAME | |
|---|---|
| ADDRESS | |
| CITY, STATE, ZIP | |

| NAME | |
|---|---|
| ADDRESS | |
| CITY, STATE, ZIP | |

| NAME | |
|---|---|
| ADDRESS | |
| CITY, STATE, ZIP | |

# SUPPORT

## SIGN IN SHEET

t/a **Largo Liquors 4/11/18**

Please print

| | |
|---|---|
| NAME | Constance Randolph |
| ADDRESS | 500 Harry S. Truman Dr N. #403 |
| CITY, STATE, ZIP | Largo Md, 20774 |

| | |
|---|---|
| NAME | Ethel B-Murrell |
| ADDRESS | 1507 Golf Course Drive |
| CITY, STATE, ZIP | Mitchellville, MD 20721-2356 |

| | |
|---|---|
| NAME | Donte Hurley |
| ADDRESS | 6903 Briarcliff Dr. |
| CITY, STATE, ZIP | Clinton MD 20735 |

| | |
|---|---|
| NAME | MJaeMie Mitchell |
| ADDRESS | 812 Arbor Park Place |
| CITY, STATE, ZIP | Bowie, MD 20721 |

| | |
|---|---|
| NAME | |
| ADDRESS | |
| CITY, STATE, ZIP | |

| | |
|---|---|
| NAME | |
| ADDRESS | |
| CITY, STATE, ZIP | |

# SUPPORT

## SIGN IN SHEET

t/a _Largo Liquors_

Please print

| | |
|---|---|
| NAME | James Bowden |
| ADDRESS | 7903 Crows Nest Ct 32 |
| CITY, STATE, ZIP | Laurel MD 20707 |

| | |
|---|---|
| NAME | Desiree Walker |
| ADDRESS | 10208 Tulip Tree Dr |
| CITY, STATE, ZIP | Bowie, MD. 20721 |

| | |
|---|---|
| NAME | Maribel Valencia |
| ADDRESS | 9410 Uper Marlb |
| CITY, STATE, ZIP | 20743 |

| | |
|---|---|
| NAME | Venencia Gomes |
| ADDRESS | 1912 Grovewood dr |
| CITY, STATE, ZIP | 20743 Capitol heights |

| | |
|---|---|
| NAME | Monica Corbin |
| ADDRESS | 500 Harry S. Truman Dr. N. #323 |
| CITY, STATE, ZIP | Largo, Md. 20774 |

| | |
|---|---|
| NAME | John Smith |
| ADDRESS | 500 Harry S. Truman Dr N. #316 |
| CITY, STATE, ZIP | Largo, Md. 20774 |

# SUPPORT

## SIGN IN SHEET

t/a _____

Please print

| NAME | Jackie Hayes |
|---|---|
| ADDRESS | 708 New Orchard Pl. |
| CITY, STATE, ZIP | Upper Marlboro, MD 20774 |

| NAME | Maureen Philip |
|---|---|
| ADDRESS | 815 Narrowleaf Drive |
| CITY, STATE, ZIP | Upper Marlboro, MD 20774 |

| NAME | Carol Gamble |
|---|---|
| ADDRESS | 611 New Orchard Pl. |
| CITY, STATE, ZIP | Largo MD 20774 |

| NAME | Jeffrey Hamilton Jr. |
|---|---|
| ADDRESS | 2331 Sharon Circle |
| CITY, STATE, ZIP | Sunderland, MD 20689 |

| NAME | Jessica Hamilton |
|---|---|
| ADDRESS | 2331 Sharon Circle |
| CITY, STATE, ZIP | Sunderland, MD 20689 |

| NAME | Kiana Brooks |
|---|---|
| ADDRESS | 2331 Sharon Circle |
| CITY, STATE, ZIP | Sunderland, MD 20689 |

# SIGN IN SHEET

t/a _Largo Liquors_

Please print

| NAME | DAVID GRIMSHAW |
|---|---|
| ADDRESS | 7411 Aspen Court #104 |
| CITY, STATE, ZIP | Takoma Park, MD 20912 |

| NAME | Fatima Martinez |
|---|---|
| ADDRESS | 7411 Aspen Court #104 |
| CITY, STATE, ZIP | Takoma Park MD 20912 |

| NAME | Scott Loring |
|---|---|
| ADDRESS | 1215 Cove Dr |
| CITY, STATE, ZIP | Churchton, MD 20733 |

| NAME | Jeremy Aiken |
|---|---|
| ADDRESS | 5175 Indian Head Hwy |
| CITY, STATE, ZIP | Oxon Hill, MD 20745 |

| NAME | Fulton Foster |
|---|---|
| ADDRESS | PO Box 1717 |
| CITY, STATE, ZIP | Temple Hills MD 20757 |

| NAME | Barry Fox |
|---|---|
| ADDRESS | 6707 Grooted Dr Clinton MD |
| CITY, STATE, ZIP | 20735 |

# SUPPORT

## SIGN IN SHEET

t/a _____

Please print

| NAME | Karen Cerrito |
|---|---|
| ADDRESS | 523 Touchdown Drive |
| CITY, STATE, ZIP | Hyattsville, MD 20785 |

| NAME | Elliott Benton |
|---|---|
| ADDRESS | 6917 Woodstream Terr. |
| CITY, STATE, ZIP | Lanham, MD 20706 |

| NAME | Anthony R White |
|---|---|
| ADDRESS | 616 Harry S. Truman Dr. |
| CITY, STATE, ZIP | Upper Marlboro MD 20774 |

| NAME | Elvis Pomells |
|---|---|
| ADDRESS | 5430 85th Ave unit 101 |
| CITY, STATE, ZIP | New Carrollton MD 20784 |

| NAME | Tyrone Massenburg |
|---|---|
| ADDRESS | 1403 Baytree Terrace |
| CITY, STATE, ZIP | Mitchellville, MD 20721 |

| NAME | Alice Nirrell |
|---|---|
| ADDRESS | 2210 Tulson Lane |
| CITY, STATE, ZIP | Bowie, MD 20721 |

# SUPPORT
# SIGN IN SHEET

t/a __Remain Open List__

Please print

| | |
|---|---|
| NAME | Richard Hartman |
| ADDRESS | 5000 Rhode Island Ave. |
| CITY, STATE, ZIP | Hyattsville MD 20784 |

| | |
|---|---|
| NAME | Jason Swope |
| ADDRESS | 7600 Barlowe Rd |
| CITY, STATE, ZIP | Landover, MD 20785 |

| | |
|---|---|
| NAME | ~~Jordan Sailor~~ |
| ADDRESS | ~~illegible~~ |
| CITY, STATE, ZIP | |

| | |
|---|---|
| NAME | Reinald Mizell |
| ADDRESS | 11304 White House Rd. |
| CITY, STATE, ZIP | Upper Marlboro, MD. 20774 |

| | |
|---|---|
| NAME | Latasha Rollins |
| ADDRESS | 500 Largo Center Dr A004 |
| CITY, STATE, ZIP | Largo MD 20774 |

| | |
|---|---|
| NAME | Chris Ackad |
| ADDRESS | 2018 Fleet St |
| CITY, STATE, ZIP | Baltimore, MD 21227 |

# SUPPORT
## SIGN IN SHEET

t/a _____

Please print

| NAME | Jason Greene |
|---|---|
| ADDRESS | 8903 Heathermore Blvd |
| CITY, STATE, ZIP | Upper Marlboro, MD 20772 |

| NAME | Richard Day |
|---|---|
| ADDRESS | 10850 Indian Head Hwy. |
| CITY, STATE, ZIP | Ft. Washington MD 20744 |

| NAME | Dionne Cotton |
|---|---|
| ADDRESS | 10087 Campus Way S |
| CITY, STATE, ZIP | Largo, MD 20774 |

| NAME | ~~Nate Miller~~ Nate Miller |
|---|---|
| ADDRESS | 7417 Drumlea Rd |
| CITY, STATE, ZIP | Capital Heights, MD, 20774 |

| NAME | Ellen S. Hebert |
|---|---|
| ADDRESS | 9534 Beech Park Street |
| CITY, STATE, ZIP | Capital Heights MD 20743 |

| NAME | Catherine Kavanaugh |
|---|---|
| ADDRESS | 10111 Cascade Ln |
| CITY, STATE, ZIP | Largo MD 20774 |